

# NUMBER 13-16-00265-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**U.S CURRENCY IN THE AMOUNT OF $20,721.00,**　　　　　　　**Appellant,**

**v.**

**THE STATE OF TEXAS,**　　　　　　　　　　　　　　　　**Appellee.**

---

### On appeal from the 377th District Court
### of Victoria County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Christian Garcia, appealed a judgment entered by the District Court of Victoria County, Texas. On June 9, 2016, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that the Court would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c).

Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
14th day of July, 2016.